PROB 35
Rev. 5/01

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

UNITED STATES OF AMERICA

V.  CR105-00119-001

Jeffrey R. Bunjevac

On August 2, 2006, the above-named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Jeffrey R. Bunjevac be discharged from probation.

Respectfully submitted,

Christopher A. Doughtie, Sr.
United States Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2009.

Dudley H. Bowen, Jr.
United States District Judge